UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 15, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:09CR00222-JAM
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
DAVID PAKHO CHENG, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release   DAVID PAKHO CHENG  , Case No. 2:09CR00222-JAM  , Charge  21 USC § 846 & 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__　Release on Personal Recognizance

　　　__　Bail Posted in the Sum of $_____

　　　　　__　Unsecured Appearance Bond

　　　　　__　Appearance Bond with 10% Deposit

　　　　　__　Appearance Bond with Surety

　　　　　__　Corporate Surety Bail Bond

　　　　　✔　(Other)　　Conditions of Release as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 15, 2009  at  2:00 pm  .

　　　　　　　　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court